(Official Form 1) (12/03) West Group Rochester NY

| FORM B1 | United States Bankruptcy Court<br>_MIDDLE_ District of _FLORIDA_ | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (If individual enter Last First Middle)<br>_Velez, Ginette_ | Name of Joint Debtor (Spouse)(Last First, Middle) |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married maiden and trade names)<br>_NONE_ | All Other Names used by the Joint Debtor in the last 6 years<br>(include married maiden and trade names) |
| Last four digits of Soc Sec No /Complete EIN or other Tax I D No<br>(if more than one state all) _4890_ | Last four digits of Soc Sec No /Compete EIN or other Tax I D No<br>(if more than one state all) |
| Street Address of Debtor (No & Street, City, State & Zip Code)<br>_481 Amethyst Way_<br>_Lake Mary FL 32746_ | Street Address of Joint Debtor (No & Street, City, State & Zip Code) |
| County of Residence or of the<br>Principal Place of Business _Seminole_ | County of Residence or of the<br>Principal Place of Business |
| Mailing Address of Debtor (if different from street address)<br>_SAME_ | Mailing Address of Joint Debtor (if different from street address) |

Location of Principal Assets of Business Debtor
(if different from street address above) _NOT APPLICABLE_

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ☒ Individual(s) | ☐ Railroad | ☐ Chapter 7    ☐ Chapter 11    ☒ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9    ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec 304 - Case ancillary to foreign proceeding |
| ☐ Other _____ | ☐ Clearing Bank | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☒ Consumer/Non-Business    ☐ Business | ☒ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply) | ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments Rule 1006(b) See Official Form No 3 |
| ☐ Debtor is a small business as defined in 11 U S C § 101 | |
| ☐ Debtor is and elects to be considered a small business under 11 U S C § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)

☒ Debtor estimates that funds will be available for distribution to unsecured creditors

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

991964

$194 CASH

(Official Form 1) (12/02)

FORM B1, Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s)  **Ginette Velez** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location <br> Where Filed | Case Number | Date Filed |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor | Case Number | Date Filed |
| District | Relationship | Judge |

# Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition

X _Ginette Velez_
Signature of Debtor

X _____
Signature of Joint Debtor

407- 322-3959
Telephone Number (If not represented by attorney)

10/13/05
Date

**Signature of Attorney**

X _____
Signature of Attorney for Debtor(s)

Printed Name of Attorney for Debtor(s)

Firm Name

Address

Telephone Number

Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition

X _____
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e g , forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter

X _____
Signature of Attorney for Debtor(s)          Date

**Exhibit C**

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition

☒ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U S C § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document

**Evens Volcy**
Printed Name of Bankruptcy Petition Preparer

xxx-xx-1255
Social Security Number

3001 Aloma Ave Ste 223
Address
Winter Park, FL 32792

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person

X _____
Signature of Bankruptcy Petition Preparer

10-13-05
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U S C §110  18 U S C §156

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

In re *Ginette Velez*

Case No
Chapter  *13*

_____ / Debtor

Attorney for Debtor    **In Pro Per**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge

Date *10/13/05*

_____
Debtor

Ginette Velez
481 Amethyst Way
Lake Mary, FL  32746

AM Honda Fin
1250 Northmeadow
Roswell, GA  30076

Attention LLC
220 A North Sunset
Sherman , TX  75092

Farmers Furniture
PO Box 1140
Dublin , GA  31040

HFC
PO Box 8633
Elmhurst, IL   60126

NCO-Med
PO BOX 41448
Philadelphia, PA  19101

Premium Recovery
350 Jim Moran Blvd
Ste 2
Deerfield Beach, Florida  33

Providian
4940 Johnson Dr
Pleasanton, CA  94566

Quality Collections
1320 N Semoran Blvd
Orlando , FL  32807

WFFinancial
231 Town Center Bl
Sanford, FL  32771

WLS FRG MTGE
3476 Stateview Blvd
Fort Mill, SC  29715

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In re *Ginette Velez*

Case No
Chapter   *13*

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages on each  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets  Add the amounts from Schedules D, E and F to determine the total amount of the debtor's liabilities

| NAME OF SCHEDULE | Attached (Yes/No) | No of Sheets | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A-Real Property | *Yes* | *1* | $   220,000.00 | | |
| B-Personal Property | *Yes* | *3* | $    10,319.00 | | |
| C-Property Claimed as Exempt | *Yes* | *1* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *1* | | $   187,350 00 | |
| E-Creditors Holding Unsecured Priority Claims | *Yes* | *1* | | $         0.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *2* | | $     5,959 00 | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *1* | | | |
| I-Current Income of Individual Debtor(s) | *Yes* | *1* | | | $     2,712.67 |
| J-Current Expenditures of Individual Debtor(s) | *Yes* | *1* | | | $     3,750.00 |
| Total Number of Sheets in All Schedules ▶ | | *13* | | | |
| Total Assets ▶ | | | $     230,319.00 | | |
| Total Liabilities ▶ | | | | $   193,309.00 | |

FORM B6A (6/90) West Group, Rochester, NY

In re **Ginette Velez** _____ / Debtor     Case No _____

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit   If the debtor is married, state whether the husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community"  If the debtor holds no interest in real property, write "None" under "Description and Location of Property"

Do not include interests in executory contracts and unexpired leases on this schedule List them in Schedule G-Executory Contracts and Unexpired Leases

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim  See Schedule D  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim "

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only n Schedule C-Property Claimed as Exempt

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| *Residential Real Property* | *1/2 Fee Simple* | | $ 220,000.00 | $ 171,026.00 |
| | | | | |
| | | **TOTAL $** | 220,000.00 | |

No continuation sheets attached

**(Report also on Summary of Schedules )**

FORM B6B (10/89) West Group, Rochester, NY

In re **_Ginette Velez_** _____ / Debtor     Case No _____

(if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None " If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category  If the debtor is married, state whether husband, wife, or both own property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community" If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C-Property Claimed as Exempt

Do not list interests in executory contracts and unexpired leases on this schedule  List them in Schedule G-Executory Contracts and Unexpired Leases
If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property "

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint- J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1  Cash on hand | | _Cash_<br>_Location: In debtor's possession_ | | $ 50.00 |
| 2  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives | | _Bank First: 1031 W. Morse Blod_<br>         _Winter Park, Fl 32789_<br>_Location: In debtor's possession_ | | _Unknown_ |
| 3  Security deposits with public utilities, telephone companies, landlords, and others | | _Electric Company_<br>_Location: In debtor's possession_ | | $ 500 00 |
| 4  Household goods and furnishings, including audio, video, and computer equipment | | _Leather Sofa's, 3 TVs, Stereo, 3 Beds_<br>_Location: In debtor's possession_ | | $ 800.00 |
| 5  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles | X | | | |
| 6  Wearing apparel | | _Clothing_<br>_Location: In debtor's possession_ | | $ 200.00 |
| 7  Furs and jewelry | X | | | |
| 8  Firearms and sports, photographic, and other hobby equipment | X | | | |
| 9  Interests in insurance policies  Name insurance company of each policy and itemize surrender or refund value of each | X | | | |
| 10  Annuities  Itemize and name each issuer | X | | | |
| 11  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans  Itemize | X | | | |
| 12  Stock and interests in incorporated and unincorporated businesses  Itemize | X | | | |

Page ___1___ of ___3___

FORM B6B (10/89) West Group, Rochester, NY

In re **Ginette Velez** _____ / Debtor    Case No _____
_____
(if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 13 Interests in partnerships or joint ventures Itemize | X | | | |
| 14 Government and corporate bonds and other negotiable and non-negotiable instruments | X | | | |
| 15 Accounts Receivable | X | | | |
| 16 Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled Give particulars | | *Child Support* *Location: In debtor's possession* | | $ 769.00 |
| 17 Other liquidated debts owing debtor including tax refunds Give particulars | X | | | |
| 18 Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property | X | | | |
| 19 Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust | X | | | |
| 20 Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims Give estimated value of each | X | | | |
| 21 Patents, copyrights, and other intellectual property Give particulars | X | | | |
| 22 Licenses, franchises, and other general intangibles Give particulars | X | | | |
| 23 Automobiles, trucks trailers and other vehicles | | *2003: Honda CRV* *Location: In debtor's possession* | | $ 8,000.00 |
| 24 Boats, motors, and accessories | X | | | |
| 25 Aircraft and accessories | X | | | |
| 26 Office equipment, furnishings, and supplies | X | | | |
| 27 Machinery, fixtures, equipment and supplies used in business | X | | | |
| 28 Inventory | X | | | |
| 29 Animals | | *1 dog* *Location: In debtor's possession* | | Unknown |

In re *Ginette Velez* _____ / Debtor    Case No _____

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30  Crops - growing or harvested Give particulars | X | | | |
| 31  Farming equipment and implements | X | | | |
| 32  Farm supplies, chemicals, and feed | X | | | |
| 33  Other personal property of any kind not already listed  Itemize | X | | | |
| | | | **Total** ➡ | $ 10,319 00 |

Page ___3___ of ___3___

FORM B6C (6/90) West Group, Rochester, NY

In re
_Ginette Velez_ _____ / Debtor     Case No _____

## SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under

(Check one box)

☐ 11 U S C § 522(b) (1)    Exemptions provided in 11 U S C § 522(d)  Note  These exemptions are available only in certain states

☒ 11 U S C § 522(b) (2)    Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemptions |
|---|---|---|---|
| _Residential Real Property_ | _Fl. Const.Art. 10 §4(a)(1), FSA §§222.01, 222 02, 222.05_ | $ 44,000.00 | $ 220,000 00 |
| _Cash_ | _Fl Const. Art. 10 §4(a)(2), FSA §222.061_ | $ 50.00 | $ 50 00 |
| _Checking_ | _Fl Const. Art  10 §4(a)(2), FSA §222 061_ | $ 0.00 | Unknown |
| _Security deposit_ | _Fl Const. Art  10 §4(a)(2), FSA §222 061_ | $ 500.00 | $ 500 00 |
| _Furnishings_ | _Fl Const. Art  10 §4(a)(2), FSA §222 061_ | $ 450.00 | $ 800 00 |
| _Clothing_ | _Fl Const. Art. 10 §4(a)(2), FSA §222 061_ | $ 0.00 | $ 200.00 |
| _Support_ | _Fl. Stat. Ann  §222 201_ | $ 769.00 | $ 769 00 |
| _Automobiles_ | _Fl. Stat. Ann. §222.25(1)_ | $ 0.00 | $ 8,000 00 |
| _Animals_ | _Fl Const. Art. 10 §4(a)(2), FSA §222.061_ | $ 0.00 | Unknown |

FORM B6D (12/03) West Group, Rochester, NY

In re _Ginette Velez_ _____ / Debtor     Case No _____

(if known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition List creditors holding all types of secured interests such as judgment liens garnishments, statutory liens, mortgages, deeds of trust, and other security interests List creditors in alphabetical order to the extent practicable If all secured creditors will not fit on this page, use the continuation sheet provided

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column marked "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors If a joint petition is filed, state whether husband wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community"

If the claim is contingent, place an "X" in the column labeled "Contingent" If the claim is unliquidated, place an "X" in the column labeled "Unliquidated" If the claim is disputed place an "X" in the column labeled "Disputed" (You may need to place an "X" in more than one of these three columns )

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules Report this total also on the Summary of Schedules

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|
| Account No  _1258_ | | 08/02 | | | | $ 16,324.00 | $ 8,324.00 |
| _Creditor # : 1_ _AM Honda Fin_ _1250 Northmeadow_ _Roswell GA 30076_ | | Installment Loan | | | | | |
| | | Value $ 8,000.00 | | | | | |
| Account No  _2296_ | | 07/04 | | | | $ 59,190 00 | $ 0.00 |
| _Creditor # : 2_ _HFC_ _PO Box 8633_ _Elmhurst IL   60126_ | | Mortgage (Second) Residential Real Property | | | | | |
| | | Value $ 220,000.00 | | | | | |
| Account No  _3306_ | | 01/02 | | | | $ 111,836 00 | $ 0.00 |
| _Creditor # : 3_ _WLS FRG MTGE_ _3476 Stateview Blvd_ _Fort Mill SC 29715_ | | Mortgage | | | | | |
| | | Value $ 220,000 00 | | | | | |
| Account No | | | | | | | |
| | | Value | | | | | |

No continuation sheets attached

Subtotal $  187,350.00
(Total of this page)

Total $  187,350 00
(Use only on last page  Report total also on Summary of Schedules)

In re _Ginette Velez_ _____ / Debtor          Case No _____

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided  Only holders of unsecured claims entitled to priority should be listed in this schedule  In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors  If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community "

If the claim is contingent, place an "X" in the column labeled "Contingent "  If the claim is unliquidated  place an "X" in the column labeled "Unliquidated "  If the claim is disputed, place an "X" in the column labeled "Disputed "  (You may need to place an "X" in more than one of these three columns )

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet  Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule  Repeat this total also on the Summary of Schedules

☒  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**       (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Extensions of credit in an involuntary case**
     Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief  11 U S C  § 507(a)(2)

☐  **Wages, salaries, and commissions**
     Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U S C  § 507(a)(3)

☐  **Contributions to employee benefit plans**
     Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U S C  § 507(a)(4)

☐  **Certain farmers and fishermen**
     Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U S C  § 507(a)(5)

☐  **Deposits by individuals**
     Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided  11 U S C  § 507(a)(6)

☐  **Alimony, Maintenance or Support**
     Claims of a spouse, former spouse, or child of the debtor, for alimony, maintenance, or support, to the extent provided in 11 U S C  § 507(a)(7)

☐  **Taxes and Certain Other Debts Owed to Governmental Units**
     Taxes, custom duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U S C  § 507(a)(8)

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**
     _Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution_  11 U S C  § 507(a)(9)

*Amounts are subject to adjustment on April 1, 2007  and every three years thereafter with respect to cases commenced on or after the date of adjustment

No continuation sheets attached

FORM B6F (12/03) West Group, Rochester, NY

In re _Ginette Velez_ _____ / Debtor    Case No _____

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition  Do not include claims listed in Schedules D and E  If all creditors will not fit on this page, use the continuation sheet provided

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community "

If the claim is contingent, place an "X" in the column labeled "Contingent "  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated "  If the claim is disputed, place an "X" in the column labeled "Disputed "  (You may need to place an "X" in more than one of these three columns )

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules  Report this total also on the Summary of Schedules

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No  811<br><br>Creditor # . 1<br>Attention LLC<br>220 A North Sunset<br>Sherman  TX 75092 | | Medical Bills | | | | $ 1,014.00 |
| Account No  0773<br><br>Creditor # . 2<br>Farmers Furniture<br>PO Box 1140<br>Dublin  GA 31040 | | 04/04<br>Installment Loan | | | | $ 98.00 |
| Account No  3444<br><br>Creditor # · 3<br>NCO~Med<br>PO BOX 41448<br>Philadelphia PA 19101 | | Medical Bills | | | | $ 229.00 |
| Account No  1053<br><br>Creditor # : 4<br>Premium Recovery<br>350 Jim Moran Blvd<br>Ste 2<br>Deerfield Beach Florida 33442 | | Medical Bills | | | | $ 1,058.00 |

_1_ continuation sheets attached

Subtotal $ (Total of this page)    2,399.00

Total $ (Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Ginette Velez_ _____ / Debtor          Case No _____

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No   3077  Creditor # : 5  Providian  4940 Johnson Dr  Pleasanton CA 94566 | | 09/00  Credit Card Purchases | | | | $ 1,809.00 |
| Account No   3559  Creditor # : 6  Quality Collections  1320 N Semoran Blvd  Orlando  FL 32807 | | Medical Bills | | | | $ 45.00 |
| Account No   8472  Creditor # · 7  WFFinancial  231 Town Center Bl  Sanford FL 32771 | | 05/05  Unsecured Loan | | | | $ 1,706.00 |
| Account No | | | | | | |
| Account No | | | | | | |
| Account No | | | | | | |

Sheet No   _1_ of   _1_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ ... 3,560.00
(Total of this page)
Total $ ... 5,959.00
(Report total also on Summary of Schedules)

FORM B6G (10/89) West Group, Rochester, NY

In re **_Ginette Velez_** _____ / Debtor        Case No _____

(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property  Include any timeshare interests
State nature of debtor's interests in contract, i e , "Purchaser," "Agent," etc  State whether debtor is the lessor or lessee of a lease
Provide the names and complete mailing addresses of all other parties to each lease or contract described

NOTE  A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of
creditors

☒ Check this box if the debtor has no executory contracts or unexpired leases

| Name and Mailing Address,<br>including Zip Code, of<br>other Parties to Lease<br>or Contract | Description of Contract or Lease and<br>Nature of Debtor's Interest.<br>State whether Lease is for Nonresidential Real Property<br>State Contract Number of any Government Contract |
|---|---|
|  |  |

FORM B6H (6/90) West Group, Rochester, NY

In re **Ginette Velez** _____ / Debtor    Case No _____
                                                                            (if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors Include all guarantors and co-signers In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case

☒ Check this box if the debtor has no codebtors

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
|  |  |

In re **Ginette Velez** _____ / Debtor    Case No _____

# SCHEDULE I-CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| **Single** | RELATIONSHIP | | AGE |
| | Son | | 15 |
| | Son | | Year |
| | | | 9 |
| | | | Years |

| EMPLOYMENT | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Escrow Assistant** | |
| Name of Employer | **Greater Florida Title Company** | |
| How Long Employed | **7 months** | |
| Address of Employer | **8680 Commodity Cir # 200A** **Orlando  FL  32819** | |

| Income (Estimate of average monthly income) | | DEBTOR | SPOUSE |
|---|---|---|---|
| Current Monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ | 2,946 67 | $ 0.00 |
| Estimated Monthly Overtime | $ | 0.00 | $ 0.00 |
| SUBTOTAL | $ | 2,946.67 | $ 0.00 |
| LESS PAYROLL DEDUCTIONS | | | |
| a Payroll Taxes and Social Security | $ | 216.97 | $ 0.00 |
| b Insurance | $ | 17.03 | $ 0.00 |
| c Union Dues | $ | 0 00 | $ 0.00 |
| d Other (Specify) | $ | 0.00 | $ 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 234.00 | $ 0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | 2,712.67 | $ 0.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | 0.00 | $ 0 00 |
| Income from Real Property | $ | 0.00 | $ 0 00 |
| Interest and dividends | $ | 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ 0.00 |
| Social Security or other government assistance Specify | $ | 0.00 | $ 0.00 |
| Pension or retirement income | $ | 0.00 | $ 0 00 |
| Other monthly income Specify | $ | 0.00 | $ 0 00 |
| TOTAL MONTHLY INCOME | $ | 2,712.67 | $ 0 00 |
| TOTAL COMBINED MONTHLY INCOME $ 2,712.67 (Report also on Summary of Schedules) | | | |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document

FORM B6J (6/90) West Group, Rochester, NY

In re <u>*Ginette Velez*</u> _____ / Debtor     Case No _____

(if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average expenses of the debtor and the debtor's family  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household  Complete a separate schedule o  expenditures labeled "Spouse "

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 945.00 |
| Are real estate taxes included?    Yes ☒  No ☐ | |
| Is property insurance included?    Yes ☒  No ☐ | |
| Utilities  Electricity and heating fuel | $ 350.00 |
| Water and sewer | $ 75.00 |
| Telephone | $ 55.00 |
| Other    *cable* | $ 99.00 |
| Other | $ 0.00 |
| Other | $ 0.00 |
| Home maintenance (Repairs and upkeep) | $ 0.00 |
| Food | $ 400.00 |
| Clothing | $ 100.00 |
| Laundry and dry cleaning | $ 200.00 |
| Medical and dental expenses | $ 0 00 |
| Transportation (not including car payments) | $ 100 00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc | $ 0.00 |
| Charitable contributions | $ 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
| Homeowner's or renter's | $ 125.00 |
| Life | $ 54.00 |
| Health | $ 154 00 |
| Auto | $ 0 00 |
| Other | $ 0.00 |
| Other | $ 0.00 |
| Other | $ 0.00 |
| Taxes (not deducted from wages or included in home mortgage) | |
| Specify | $ 0.00 |
| Installment payments  (in chapter 12  and 13 cases, do not list payments to be included in the plan) | |
| Auto | $ 548.00 |
| Other    *Second Mortgage* | $ 545 00 |
| Other | $ 0.00 |
| Other | $ 0.00 |
| Alimony, maintenance, and support paid to others | $ 0.00 |
| Payments for support of additional dependents not living at your home | $ 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0 00 |
| Other | $ 0 00 |
| Other | $ 0.00 |
| Other | $ 0.00 |
| TOTAL MONTHLY EXPENSES    (Report also on Summary of Schedules) $ | 3,750 00 |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval

| | |
|---|---:|
| A  Total projected monthly income | $ 0 00 |
| B  Total projected monthly expenses | $ 0.00 |
| C  Excess Income (A minus B) | $ 0.00 |
| D  Total amount to be paid into plan each    *Weekly* | $ 0.00 |

Form B6 -Cont
(12/94)

In re  **Ginette Velez** _____ ,     Case No _____

                    Debtor                                          (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

**14**

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____
                                                                    *(Total shown on summary page plus 1 )*

sheets, and that they are true and correct to the best of my knowledge, information, and belief

Date _10/13/05_____        Signature _~Ginette Velez~_____
                                                            Debtor

Date _____        Signature _____
                                                    *(Joint Debtor, if any)*

                                            [If joint case, both spouses must sign ]

---

#### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U S C § 110 that I prepared this document for compensation and that I have provided the debtor with a copy of this document

**Evens Volcy**

Printed or Typed Name of Bankruptcy Petition Preparer          **XXX-XX-1255**
**3001 Aloma Ave Ste 223**                              Social Security No
**Winter Park, FL 32792**

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person

X _____                    _____
Signature of Bankruptcy Petition Preparer                          Date

I bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 S C § 110
18 U S C § 156

---

#### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the
partnership ] of the _____ [corporation or partnership] named as debtor in this case declare under penalty of perjury that I have read
the foregoing summary and schedules, consisting of _____ _____ sheets and that they are true and correct to the best of my
knowledge information, and belief          *(Total shown on summary page plus 1 )*

Date __ _____        Signature _____ _____

                                            _____ _____
                                            [Print or type name of individual signing on behalf of debtor ]

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor ]

---

*Penalty for making a false statement or concealing property  Fine of up to $500,000 or imprisonment for up to 5 years or both  18 U S C §§ 152
and 3571*

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

In re *Ginette Velez*

Case No
Chapter  *13*

_____ / Debtor

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement  concerning all such activities as well as the individual's personal affairs

Questions 1-18 are to be completed by all debtors  Debtors that are or have been in business, as defined below, also must complete Questions 19-25  If the answer to any question is "None," or the question is not applicable, mark the box labeled "None "  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number  of the question

---

### DEFINITIONS

"In business " A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following  an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation, a partner, other than a limited partner, of a partnership  a sole proprietor or self-employed

"Insider " The term "insider" includes but is not limited to  relatives of the debtor, general partners of the debtor and their relatives, corporations of which the debtor is an officer, director, or person in control, officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives, affiliates of the debtor and insiders of such affiliates, any managing agent of the debtor  11 U S C  §101

## 1. Income from employment or operation of business.

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced  State also the gross amounts received during the two years immediately preceding this calendar year  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income  Identify the beginning and ending dates of the debtor's fiscal year )  If a joint petition is filed, state income for each spouse separately  (Married debtors filing under chapter 12 or chapter  13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| AMOUNT | SOURCE (if more than one) |
|---|---|

*Year to date:$17,732.42*
  *Last Year:$12925*
*Year before:*

## 2. Income other than from employment or operation of business.

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case  Give particulars  If a joint petition is filed, state income for each spouse separately  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

☒ NONE

---

## 3. Payments to creditors.

a  List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

☒ NONE

b List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

☒ NONE

## 4. Suits and administrative proceedings, executions, garnishments and attachments.

a List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

☒ NONE

b Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

☒ NONE

## 5. Repossessions, foreclosures and returns.

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

☒ NONE

## 6. Assignments and receiverships

a Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

☒ NONE

b List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

☒ NONE

## 7. Gifts.

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

☒ NONE

## 8. Losses.

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

☒ NONE

Form 7 (12/03) West Group, Rochester, NY

**9. Payments related to debt counseling or bankruptcy.**

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case

☒ NONE

---

**10  Other transfers.**

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

☒ NONE

---

**11. Closed financial accounts.**

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments, shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless spouses are separated and a joint petition is not filed )

☒ NONE

---

**12. Safe deposit boxes.**

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

☒ NONE

---

**13. Setoffs**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed  unless the spouses are separated and a joint petition is not filed )

☒ NONE

---

**14. Property held for another person**

List all property owned by another person that the debtor holds or controls

☒ NONE

---

**15. Prior address of debtor.**

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case  If a joint petition is filed, report also any separate address of either spouse

☒ NONE

Form 7 (12/03) West Group, Rochester, NY

## 16. Spouses and Former Spouses

If the debtor resides or resided in a community property state, commonwealth or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state

☒ NONE

## 17. Environmental Information

For the purpose of this question, the following definitions apply

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, release of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under and Environmental Law

a  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law

☒ NONE

b  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material  Indicate the governmental unit to which the notice was sent and the date of the notice

☒ NONE

c  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number

☒ NONE

## 18. Nature, location and name of business

a  If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses and beginning and ending dates of all businesses in which the debtor was an officer, director  partner, or managing executive of a corporation, partnership, sole proprietorship  or was a self employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case

☒ NONE

b  Identify any business listed in response to subdivision a , above, that is "single asset real estate" as defined in 11 U S C § 101

☒ NONE

Statement of Affairs - Page 4

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct

Date ___10/13/05___          Signature _____
                              of Debtor

Date _____     Signature _____
                              of Joint Debtor
                              (if any)

---

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief

Date _____     Signature _____

                              Print Name and Title _____

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor ]

continuation sheets attached

*Penalty for making a false statement. Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C § 152 and § 3571*

---

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document

**Evens Volcy**                                    **XXX-XX-1255**
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No

**3001 Aloma Ave Ste 223**

**Winter Park, FL 32792**
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person

X _____                                      **10-13-05**
Signature of Bankruptcy Petition Preparer                            Date

---

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156*

B8
(rev 94)

# United States Bankruptcy Court

_____ Middle _____ District Of _____ Florida _____

In re _____ Ginette Velez _ _____
            Debtor

Case No ___ ___ ___ _

Chapter  7  ___ _

## DISCLOSURE OF COMPENSATION OF BANKRUPTCY PETITION PREPARER

1    Under 11 U S C § 110(h), I declare under penalty of perjury that I am not an attorney or employee of an attorney, that I prepared
     or caused to be prepared one or more documents for filing by the above-named debtor(s) in connection with this bankruptcy case,
     and that compensation paid to me within one year before the filing of the bankruptcy petition, or agreed to be paid to me, for
     services rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows

   For document preparation services I have agreed to accept        $ 150 _____ __ _

   Prior to the filing of this statement I have received            $ 150 _____

   Balance Due                                                      $  00 ___

2    I have prepared or caused to be prepared the following documents (itemize)
     **Petition (1)(2), Schedules A - J, Summary of Schedules, Declaration Concerning Debtor's Schedules,
     Statement of Financial Affairs, Debtor's Intention Form 19, and Disclosure of Compensation**
     and provided the following services (itemize)

3    The source of the compensation paid to me was

              ☒ Debtor              ☐ Other (specify)

4    The source of compensation to be paid to me is

              ☒ Debtor              ☐ Other (specify)

5    The foregoing is a complete statement of any agreement or arrangement for payment to me for preparation of the petition filed
     by the debtor(s) in this bankruptcy case

6    To my knowledge no other person has prepared for compensation a document for filing in connection with this bankruptcy case
     except as listed below

NAME                        SOCIAL SECURITY NUMBER

Evens Volcy                 xxx-xx-1255

B 230
(12/94)

## DECLARATION OF BANKRUPTCY PETITION PREPARER

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief

x_____      XXX-XX-1255              12-18-05
            Signature                    Social Security Number        Date

Name (Print)
Address      Evens Volcy
             3001 Aloma Av  Ste  223
             Winter Park, FL 32792

-------------------------------------------------------------------------------

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both  11 U S C § 110  18 U S C § 156*

Form B19
12/94

## Form 19.  CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER  (See 11 U.S.C. § 110)

*[Caption as in Form 16B ]*

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U S C § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Evens Volcy

Printed or Typed Name of Bankruptcy Petition Preparer

XXX-XX-1255

Social Security No

3001 Aloma Ave Ste 223

Winter Park, FL 32792

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____       _10-13-05_

Signature of Bankruptcy Petition Preparer         Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both   11 U S C § 110, 18 U S C § 156